

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00030-CV

| | | |
|---|---|---|
| ALPHA ADVENTURE RANCH AT NOCONA, LLC, Appellant | § | On Appeal from the 97th District Court |
| V. | § | of Montague County (2018-0451M-CV) |
| WARRIOR GOLF MANAGEMENT, LLC, Appellee | § | December 12, 2019 |
| | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Alpha Adventure Ranch at Nocona, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel